UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| DANIEL M. SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 1:13-cv-00341-TWP-DML |
| | ) | |
| GREG ROSS, | ) | |
| JAMES MYERS, | ) | |
| | ) | |
| Defendants. | ) | |

## FINAL JUDGMENT

Having this day granted summary judgment in favor of Defendants, Greg Ross and James Myers, the Court hereby enters JUDGMENT in favor of Defendants and against the Plaintiff. Plaintiff shall take nothing by way of his complaint.

SO ORDERED:

Dated: 10/15/2014

Laura Briggs, Clerk
United States District Court

By: Deputy Clerk

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Christopher Carson Myers
CHRISTOPHER C. MYERS & ASSOCIATES
cmyers@myers-law.com

Ilene M. Smith
CHRISTOPHER MYERS & ASSOCIATES
ismith@myers-law.com

James S. Stephenson
STEPHENSON MOROW & SEMLER
jstephenson@stephlaw.com

Wayne E. Uhl
STEPHENSON MOROW & SEMLER
wuhl@stephlaw.com